**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00262-RM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **ANSEL FITZSIMMONS STRATTON,**
2.     JACLYN SEADER,

    Defendants.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

    Pursuant to the Notice of Disposition filed on July 18, 2013 (Docket No. 31), the Trial Preparation Conference scheduled for **August 12, 2013, at 10:00 a.m.** is now converted into a Change of Plea Hearing.  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

    The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the **three-day** jury trial scheduled for August 26, 2013, is hereby VACATED.

DATED: July 22, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge
